# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Miguel Angel Sandoval, and | ) | Case No. 8:17 MJ 1 0 5 5 TBM |
| Heraldo Mojica, Jr. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 25, 2017__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute methamphetamine. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Moyer, Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1-26-17

_____
Judge's signature

City and state: Tampa, Florida        Thomas B. McCoun, III, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Matthew Moyer, being duly sworn, depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer (TFO) assigned to the Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations (HSI). I have been a TFO since 2015. Additionally, I have been employed as a deputy with the Hillsborough County Sheriff's Office (HCSO) since 2004. I am currently assigned to the Border Enforcement Security Task force of the HSI Tampa Office. My duties and responsibilities involve investigations of violations of federal law, including 21 U.S.C. § 841(a)(1), which makes it unlawful to possess with intent to distribute a controlled substance, and 21 U.S.C. § 846, which makes it unlawful to conspire to commit a violation of 21 U.S.C. § 841(a)(1).

2. This affidavit is in support of a criminal complaint. I have learned the following information in my official capacity by firsthand observations, by receiving information from other law enforcement officers and witnesses, and by reviewing evidence and records. This affidavit does not contain every fact regarding the investigation. I have set forth only those facts that I believe are necessary to establish probable cause to charge Miguel Angel SANDOVAL (Age: 25, Plant City, Florida) and Heraldo MOJICA JR. (Age: 20, Plant City, Florida), with a violation of 21 U.S.C. § 846, specifically conspiracy to possess with intent to distribute 500 grams or

more of a mixture and substance containing a detectable amount of methamphetamine.

## FACTS AND CIRCUMSTANCES

3. On January 19, 2017, HSI personnel and HCSO detectives received information from a source of information (SOI) who advised that an individual named "Junior" operating out of the Plant City, Florida area was attempting to sell a large amount of methamphetamine. From information collected during a previous narcotics investigation, I was able to identify "Junior" as Heraldo MOJICA JR.

4. On January 20, 2017, the SOI advised law enforcement personnel that MOJICA JR. had requested a meeting with the SOI at a restaurant. The SOI arrived to the restaurant, and a short time later MOJICA JR. arrived with two additional individuals. I identified one of those individuals as Miguel Angel SANDOVAL via his Florida diver's license photo. Law enforcement personnel surveilled the meeting.

5. MOJICA JR. told the SOI that he could sell the SOI methamphetamine starting on Tuesday, January 25, 2015. Later that day, MOJICA JR. sent the SOI a text message stating, "I got u bro tomorrow for sure ill get back wit u im not gona let u down." MOJICA JR. sent additional text messages stating "Wednesday everything good" and "Ima call u tomorrow." The SOI asked MOJICA JR. if he had a time that he wanted to meet. MOJICA JR. told the SOI via text message "na I dnt can be any time" and "Everything good on ur side." MOJICA JR. went on to state "i feel u watch u should already know I always did u right" and "Wednesday no doubt."

2

6. On January 24, 2017, the SOI made contact with MOJICA JR. via text message, asking "what we lookin like." MOJICA JR. sent the SOI an additional text message stating "ya im good tomorrow for sure."

7. On January 25, 2017, MOJICA JR. called the SOI. This phone call was recorded. The SOI told MOJICA JR. that he/she would be in the area of Dover and Lithia that day. MOJICA JR. stated "call me whenever your there." The SOI sent a text message to MOJICA JR. asking "You good for around 430-5. Im try to get done around then got a late start today cause my guy had a doctor appt." MOJICA JR. replied "Yea bro."

8. A few hours later, law enforcement personnel initiated surveillance of a business located off Brandon Blvd. in Valrico, Florida (the "Brandon Business"). At approximately 4:22 PM, the SOI texted MOJICA JR. asking MOJICA JR. to meet him in the parking lot of the Brandon Business. MOJICA JR. replied, asking the SOI "U got it on u," referring to funds to purchase methamphetamine. The SOI replied that he had the money. MOJICA JR. stated "Ok be there in 30."

9. At approximately 5:11 PM, MOJICA JR. sent a text message to the SOI stating "Okay bro my homeboy from beefs about too be there in 10 min everything cool he lyk my older brother I had too talk too my ppl about something important." MOJICA JR. was advising the SOI that his friend (later identified as SANDOVAL), whom the SOI had meet a few days prior at the restaurant, would be the individual delivering the narcotics. MOJICA JR. told the SOI to look for a green

3

Dodge Charger. MOJICA JR. sent 3 text messages to the SOI that SANDOVAL would be driving the Charger, stating "Charger," "cant miss him," and "Green."

10. At approximately 5:29 PM, a green Dodge Charger bearing a Florida license plate entered the parking lot of the Brandon Business. Officers queried the Charger's license plate and identified Miguel Angel SANDOVAL as the registered owner of the Charger. The Charger drove up and down the lanes of the parking lot and exited the parking lot after a few minutes.

11. At approximately 5:42 PM, the same green Charger reentered the Brandon Business parking lot, drove up and down the lanes, and again exited the parking lot. The Charger traveled north on Mount Carmel Road, turned east on Front Street, and eventually came to a stop in the parking lot of 604 North Valrico Road.

12. In the parking lot of 604 North Valrico Road, the Charger pulled up to the passenger side of a grey Hyundai. MOJICA JR. was sitting in the passenger seat of the Hyundai next to the driver (later identified as Kyle Cordale CAIN). MOJICA JR. exited his vehicle and walked to the window of the Charger. Officers observed SANDOVAL hand what appeared to be a black bag to MOJICA JR. MOJICA JR. then placed the bag on the floor of the Hyundai.

13. MOJICA JR. then reentered the passenger side of the Hyundai, and the Hyundai and the Charger drove directly back to the Brandon Business.

14. The Hyundai pulled into a space in the parking lot of the Brandon Business, and law enforcement personnel approached the vehicle. Law enforcement

4

## CONCLUSION

Based upon the information contained in this affidavit, I submit that there is probable cause to believe that SANDOVAL and MOJICA JR. have committed a violation of 21 U.S.C. § 846.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Matthew Moyer, Task Force Officer
Homeland Security Investigations

Sworn to and subscribed before me
this 26th day of January, 2017, in Tampa, Florida.

_____
Thomas B. McCoun, III
United States Magistrate Judge

personnel made contact with MOJICA JR. and CAIN. HCSO detectives took both individuals into custody. CAIN was identified from his driver's license.

15. At the same time, other officers approached the Charger and made contact with SANDOVAL who spontaneously stated, "Nothing came out of this car, check the cameras." SANDOVAL was identified from his driver's license.

16. Officers smelled a strong marijuana odor emanating from both vehicles. A HCSO canine handler walked a narcotics detection dog around both the Charger and the Hyundai. The narcotics detection dog alerted to the presence of narcotics in both vehicles.

17. Law enforcement personnel searched the Charger and recovered 136 Xanax pills and 2 grams of marijuana.

18. Law enforcement personnel searched the Hyundai and recovered a pair of black gym shorts, which was tied in a knot, resembling the black bag previously seen by detectives. The shorts concealed a bag containing approximately 1,000 grams of a substance which tested positive for methamphetamine. In my training and experience, 1,000 grams of methamphetamine has a street-level value in Hillsborough County, Florida between $16,000.00 and $23,000.00.

19. Law enforcement personnel searched MOJICA JR. and discovered 15.2 grams of marijuana and 11 grams of a substance that tested positive for methamphetamine.